# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| SHEET METAL WORKERS' UNION ) | |
| LOCAL #441, HEALTH AND WELFARE ) | |
| FUND, et al., ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | CIVIL ACTION 03-0872-WS-M |
| ) | |
| PENETEC CORP., ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

The plaintiffs have filed a motion for default judgment. (Doc. 10). This action was dismissed without prejudice at the request of the plaintiffs on March 8, 2004. (Docs. 8, 9). Accordingly, the motion is **denied**.

DONE and ORDERED this 25th day of August, 2005.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE